Jacob O'NEAL, Appellant,

v.

Petena O'NEAL, Appellee.

No. 1D16-36.

District Court of Appeal of Florida,
First District.

Nov. 23, 2016.

Jacob O'Neal, pro se, Appellant.

Jonathan J. Luca of Muench & Luca, PLLC, Jacksonville, for Appellee.

PER CURIAM.

AFFIRMED. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla. 1979).

ROBERTS, C.J., WETHERELL, and BILBREY, J., concur.

Richard GORDON and Susan Gordon, individually and on behalf of all others similarly situated, Appellant,

v.

UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY, Appellee.

No. 4D15–1478.

District Court of Appeal of Florida,
Fourth District.

Nov. 23, 2016.

Christopher J. Lynch of Christopher J. Lynch, P.A., Miami, for appellants.

Marcy Levine Aldrich, Nancy A. Copperthwaite, and Bryan T. West of Akerman LLP, Miami, for appellee.

PER CURIAM.

Affirmed. See Fleetwood Acres v. Fed. Hous. Admin., 171 F.2d 440 (2d Cir.1948).

WARNER, GROSS and FORST, JJ., concur.